No. 66792.—Corley Mfg. Co. v. United States, protests 60/29019, etc. Protests abandoned April 19, 1962. (Not published.) (Initial No. 60/20339.) Plaintiff's application for rehearing granted.

MAY 23, 1962

No. 66793.—SUIT 5068.—United States v. Rt. Rev. Msgr. John F. ▇▇—C.D. 2228 reversed February 13, 1962. C.A.D. 791.

MAY 25, 1962

No. 66794.—SUIT 5064.—Herman D. Steel Co. v. United States.—▇▇

▇▇—C.D. 2212 affirmed February 13, 1962. C.A.D. 790.